ORIGINAL SEALED 

Case 3:23-cr-00100-N   Document 1   Filed 03/21/23   Page 1 of 3   PageID 1

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 MAR 21  PM 4:44
DEPUTY CLERK MS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| CHAVIYAH CAPONE BRANYON (1)<br>JOSEPH CHARLES COLEMAN (2)<br>JERMAINE CORTEZ FURNACE (3) | **FILED UNDER SEAL**<br><br>3-23CR0100-N |

### SEALED INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with the Intent to Distribute
Schedule I and II Controlled Substances
(Violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C))

Beginning sometime in 2022, the exact date being unknown, and continuing until on or about March 1, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, defendants, **CHAVIYAH CAPONE BRANYON, JOSEPH CHARLES COLEMAN,** and **JERMAINE CORTEZ FURNACE,** knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons, known and unknown to the grand jury, to commit the following offense against the United States: to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a mixture and substance containing a detectable amount N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), both Schedule II controlled substances, and a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

Forfeiture Notice
[21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)]

Upon conviction of any of the offenses alleged in this Indictment and pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1), the defendants, **CHAVIYAH CAPONE BRANYON, JOSEPH CHARLES COLEMAN,** and **JERMAINE CORTEZ FURNACE** shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the respective offense. This property includes but is not limited to a black Mossberg 12-gauge shotgun, serial number V1073706; a black Springfield XD9 firearm, serial number XD239032; a black M&P Shield firearm, serial number NKA4346; a tan Sig Sauer P320 firearm, serial number M17-143864; a black Walther 9mm pistol, serial number FDE1299; a black Taurus 9mm pistol, serial number ACC658047.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: (214) 659-8600; Fax: (214) 659-8803
Email: Suzanna.Etessam@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHAVIYAH CAPONE BRANYON (1)
JOSEPH CHARLES COLEMAN (2)
JERMAINE CORTEZ FURNACE (3)

SEALED INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)
Conspiracy to Possess with the Intent to Distribute Schedule I and II Controlled Substances
(Count 1)

21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)
Forfeiture Notice

1 Count

A true bill rendered

_____
DALLAS                                                              FOREPERSON

Filed in open court this  21  day of March, 2023.

--------------------------------------------------------------------------------

**Warrant to be Issued**

--------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending